## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN ELEKWUMA,

    Plaintiff,

v.

DELTA AIR LINES, INC,

    Defendant.

Civil Action No. _____

## NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Delta Air Lines, Inc ("Defendant"), by and through its undersigned counsel, hereby removes this action from the Superior Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  In support of removal, Defendant respectfully shows the Court as follows:

## I. PROCEDURAL HISTORY

1. *Pro se* Plaintiff, Justin Elekwuma ("Plaintiff"), filed this action on June 10, 2024, in the Superior Court of Gwinnett County, State of Georgia (the "Action"). A copy of Complaint in this action are attached as **Exhibit A.**

2. In his Complaint, Plaintiff alleges that he was discriminated against based upon his race (African American) after being terminated by Defendant. Specifically, he alleges that an Operation Service Manager made a derogatory comment about him. Plaintiff alleges he was suspended and thereafter terminated.

3.      Defendant was served with the Complaint on June 13, 2024. Defendant is timely filing this Notice of Removal within 30 days after receipt by Defendant of Plaintiff's Complaint on June 13, 2024.  A true and correct copy of the Summons received by counsel for Defendant on June 13, 2024, is attached as **Exhibit B.**

## II.    BASIS OF REMOVAL

1.      This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

2.      Plaintiff's Complaint alleges that Defendant was his employer and discriminated against him because of his race. (*See* Compl. at "Claim 1" and "Claim 11"). Georgia does not recognize a state law claim for discrimination against a private employer based on race. *See Guilford v. MarketStar Corp.*, No. 1:08-CV-0336-CC-SSC, 2009 WL 10664954, at *9 (N.D. Ga. Jan. 30, 2009), *report and recommendation adopted,* No. 1:08-CV-0336-CC-SSC, 2009 WL 10664951 (N.D. Ga. Feb. 19, 2009). Accordingly, Plaintiffs claims for employment discrimination must arise under federal law, either Title VII[1] of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et eq.*, or 42 U.S.C. § 1981 ("Section 1981").

---

[1] Plaintiff also references, in the exhibits attached to his Complaint, a purported "EEOC Appeal." (*See, e.g.*, Compl. at p. 7)

3.      The "Affidavit of Truth" attached as an Exhibit to Plaintiff's Complaint also contains sworn statements from Plaintiff that he is seeking relief under various federal statutes, including 8 USC 2679(b), PL 100-694, 102 Stat 45363, 28 USC 2671 (note); 2674, 2679 (note), 2679(b) and (d). (Compl. at p. 3.)

4.      Accordingly, Plaintiff's Complaint on its face purports to allege claims that arise under federal law.

5.      By asserting claims under federal law, Plaintiff's Complaint asserts federal questions under 28 U.S.C. § 1331.  *Cf. Couch v. United Parcel Serv., Inc.*, No. 1:06-CV-00230-JTC, 2006 WL 8433200, at *2 (N.D. Ga. July 7, 2006), *report and recommendation adopted sub nom. Couch v. United Parcel Serv., Inc.*, No. 1:06-CV-230-JTC, 2006 WL 8433196 (N.D. Ga. July 28, 2006) (finding complaint alleging employment "discrimination" asserted Title VII claim sufficient to support federal question removal jurisdiction at time of filing). Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

## III.   <u>VENUE</u>

1      The Superior Court of Gwinnett County, State of Georgia, is located within the Atlanta Division of the Northern District of Georgia.  28 U.S.C. § 90(a)(2).  Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

## IV.    <u>NOTICE</u>

1      In accordance with 28 U.S.C. § 1466, within a reasonable time of the filing of the original Notice of Removal in this action, Defendant will give written notice thereof to Plaintiff and to the Superior Court of Gwinnett County, State of Georgia by filing a Notice of Filing of Notice of Removal with that court to inform the clerk that this action is being removed and concurrently serving a copy of the same upon Plaintiff or his counsel of record (if any).  A copy of the state court Notice of Filing of Notice of Removal (without exhibits) is attached as **Exhibit C**.

2      Pursuant to 28 U.S.C. § 1446(a), the attached exhibits constitute all process, pleadings, motions, and orders received in this action by Defendant.

3      By removing this matter, Defendant does not waive or intend to waive any defense available to them in fact or law.

WHEREFORE, having fulfilled all statutory requirements, Defendant removes the above-described action pending in the Superior Court of Gwinnett County, State of Georgia, to this Court, and requests that this Court assume full jurisdiction over the matter as provided by law and permit this action to proceed before it.

Dated:    July 12, 2024          /s/ Dominique Saint-Fort
                                 Dominique Saint-Fort, Bar No. 526306
                                 dsaintfort@littler.com
                                 Rachel P. Kaercher, Bar No. 743007

rkaercher@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:    404.233.0330
Facsimile:    404.233.2361

*Attorneys for Defendant*
*Delta Air Lines, Inc*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JUSTIN ELEKWUMA,

        Plaintiff,

v.

DELTA AIR LINES, INC,

        Defendant.

Civil Action No. _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing

**DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court using the

CM/ECF system, and also sent a copy of same via U.S. Mail to *Pro Se* Plaintiff as

follows:

Justin Elekwuma
5568 Tunbridge Wells Road
Lithonia, GA 30058
Email: melekwuma@comcast.net

*/s/ Dominique Saint-Fort*
Dominique Saint-Fort
Georgia Bar No. 526306