# Exhibit A

Case 1:24-cv-03091-WMR-JSA   Document 1-1   Filed 07/12/24   Page 2 of 8

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-05135-10
6/10/2024 1:52 PM
TIANA P. GARNER, CLERK

IN THE GWINNETT COUNTY SUPERIOR OF COURT

STATE OF GEORGIA

JUSTIN ELEKWUMA
PLAINTIFF

VS

CASE NO._____    24-A-05135-10

DELTA AIRLINES INC
DEFENDANT

## COMPLAINT

COMES NOW, Justin Elekwuma, Pro Se. Motion the Honorable Court the Complaint.
Jurisdiction and Venue is proper. Defendant Registered Agent Corporation Services Company resides at 2 Sun Court Service Co Suite 400, Peachtree Corners, 30092. In Gwinnett County which is the Jurisdiction of Gwinnett County.

### CLAIM 1

On or about May 15, 2023 Affiant was hired at Delta Airlines.

### CLAIM 2

On or about July 12, 2023 Stephen Charles Operation service manager, was having a briefing with Affiant and other employees, Stephen Charles told a staff member to lead, but staff did not want to lead. Affiant stated that he would lead. Stephen Charles poked Affiant in the chest then Affiant stated; "you should cut your finger nails." Stephan Charles Stated to Affiant; "You're soft now."

### CLAIM 3

On or about July 18, 2023 Affiant spoke with John E. Moore about Stephan Charles and the incident in which he poked the Affiant. John E. Moore stated; "I'm glad you showed restraint and did not strike Stephen Charles." The Affiant has never received a copy of a complaint against him.

### CLAIM 4

On or about July 18, 2023 during a meeting Stephen Charles made a comment, stating; "Nah Pimp, I took my truth serum." Affiant responded stating, "Pimp is derogatory", it should never be used in the work place. Stephen Charles called Affiant into the office and asked Affiant if he had done anything to offend him. Stephen Charles said it three times first two times being calm and the third time being more aggressive. Affiant stated to Stephen Charles that he should restrain from saying things that do not need to be said in the work place. Stephen Charles was not understanding and asked Affiant what he meant. Affiant once again stated that Pimp was an offensive term. Stephen Charles let Affiant know that he would look into it.

### CLAIM 5

Affiant never got a response for Stephen Charles for putting his hands on Affiant.

### CLAIM 6

Affiant never got a response for being terminated nor did Affiant receive proof of the alleged person the Affiant made a threat to.

### CLAIM 7

Affiant never got a copy of Delta Airlines liability insurance policy.

### CLAIM 8
On or about September 5, 2023 Affiant was told he had 30 days to appeal.

### CLAIM 9
On or about October 10, 2023 Affiant spoke with equal opportunity manager, Terance Rice. Rice then told Affiant not to call back that someone would reach out to Affiant about the discussion.

### CLAIM 10
On or about August 01, 2023 A complaint was filed against Affiant due to the alleged threat and Affiant was suspended for a month.

### CLAIM 11
Affiant was discriminated against due to being African-American.

### CLAIM 12
On or about September 01, 2023 Affiant was terminated.

### CLAIM 13
Defendant Agrees/Understand Delta Airlines has caused Plaintiff injury/damages in the certain sum amount of 5,000,000.00(Five Million US dollars) (See Ext A)(See Ext B)

**RELIEF REQUESTED**

Plaintiff be awarded the certain sum amount of 5,000,000.00(Five Million US dollars)

Or Jury Trial

Respectfully Submitted

By: _[signature]_  Date: 6/10/2024
Justin Elekwuma

Justin Elekwuma
5568 Tunbridge Wells rd
Lithonia, GA 30058

770-597-7272

mclekwuma@comcast.net

U.S. Certified Mail No._____
To: Delta Airlines
    1030 Delta Blvd, Dept 982
    Atlanta, GA, 30354
Attn: Edward Bastian-CEO

From: Justin Elekwuma
    5568 Tunbridge Wells RD
    Lithonia, GA 30058

## AFFIDAVIT OF TRUTH

GEORGIA STATE)
          )Scilicet
Dekalb County )

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (Affidavits) is necessary to make the prima facie case."United States v. Kis, 658 F.2nd, 526,536(7th Cir.1981); Cert Denied, 50 U.S. L.W.2169; S.Ct. March 22, 1982

That I, Justin Elekwuma, hereafter "Affiant", a living breathing man upon the soil, being first duly sworn, depose say and declare by my signature that the following facts are true to the best of my knowledge and belief.
1.That, whereas Affiant is hereby exhausting his administrative remedies within the STATE OF GEORGIA and Delta Airlines its employees, officers ,agents, ; and

2.That, whereas, respondents understand/agree that Affiant exclusive remedy is Tort in the nature of 8 USC2679(b)ofP.L.100-694;102Stat.45363,28USC,2671(note);2674,2679(note);2679(b) and(d),proceeding any civil action, and as such, operates upon Torts Brach(civil division)or Risk Management office for damages arising out of private injuries and breach of fiduciary duty; and

3. That, whereas, respondents understanding that his answer shall be by Affidavit, Sworn under penalty of perjury, signed in blue ink. Answer by any other means is considered a non-response and will be treated as a non-response. Respondents may agree and admit to all statements and claims by Affiant by TACIT PROCURATION by simply remaining Silent. In the event respondents admits the statements and claims by TACIT PROCURATION, all issues are deemed Settled Res JUDICATA;STARE DECISIS and COLLATERAL ESTOPEL. Respondents may not argue, controvert, or otherwise protest the finding/finality of the administrative findings in any subsequent process, whether judicial; administrative or commercial.

On or about May 15, 2023 Affiant was hired at Delta Airlines.

On or about July 12, 2023 Stephen Charles Operation service manager, was having a briefing with Affiant and other employees, Stephen Charles told a staff member to lead, but staff did not want to lead. Affiant stated that he would lead. Stephen Charles poked Affiant in the chest then Affiant stated; "you should cut your finger nails." Stephan Charles Stated to Affiant; "You're soft now."

On or about July 18, 2023 Affiant spoke with John E. Moore about Stephan Charles and the incident in which he poked the Affiant. John E. Moore stated; "I'm glad you showed restraint and did not strike Stephen Charles." The Affiant has never received a copy of a complaint against him.

On or about July 18, 2023 during a meeting Stephen Charles made a comment, stating; "Nah Pimp, I took my truth serum." Affiant responded stating, "Pimp is derogatory", it should never be used in the work place. Stephen Charles called Affiant into the office and asked Affiant if he had done anything to offend him. Stephen Charles said it three times first two times being calm and the third time being more aggressive. Affiant stated to Stephen Charles that he should restrain from saying things that do not need to be said in the work place. Stephen Charles was not understanding and asked Affiant what he meant. Affiant once again stated that Pimp was an offensive term. Stephen Charles let Affiant know that he would look into it.

Affiant never got a response for Stephen Charles for putting his hands on Affiant.

Affiant never got a response for being terminated nor did Affiant receive proof of the alleged person the Affiant made a threat to.

Affiant demands a copy of Delta Airlines liability insurance policy.

On or about September 5, 2023 Affiant was told he had 30 days to appeal.

On or about October 10, 2023 Affiant spoke with equal opportunity manager, Terance Rice. Rice then told Affiant not to call back that someone would reach out to Affiant about the discussion.

On or about August 01, 2023 A complaint was filed against Affiant due to the alleged threat and Affiant was suspended for a month.

Affiant was discriminated against due to being African-American.

On or about September 01, 2023 Affiant was terminated.

Delta Airlines has caused Affiant injury/damages in the certain sum amount of 5,000,000.00 (Five Million US dollars)

Affiant demands his job back with back pay for the time he was laid of work in the sum certain amount $25,818.00 or 5,000,000.00(Five Million US dollars) for injury/damages caused by Delta Airlines staff.

Due to this sensitive nature of this private matter, under necessity you are to respond by Affidavit within 10 days, of receiving this Affidavit and return service by certified priority-return-mail signed under penalty of perjury to the undersigned below . Should you fail or refuse to response to provide an Affidavit within the time specified in this private matter, general tacit acquiescence and acceptance will be taken on your part as formally exercised(performed) pursuant to your silence.

By:_____
Justin Elekwuma

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 3rd day of _____May_____ 2024, A.D.

Notary Public _____Betty Williams-Kirby_____

My Commission expires _____June 2, 2024_____

2 of 2

(Ex+B)

9589 071052700338 6165 09

FILED IN OFFICE
CLERK SUPERIOR CT
ROCKDALE CO., GA

2024 MAY 21 PM 3:53

CLERK

Doc ID: 009606220002 Type: MIS
Kind: BUSINESS PROFESSIONAL ADMIN
Recorded: 05/21/2024
Fee Amt: $25.00 Page 1 of 2
Rockdale, Ga. Clerk Superior Court
Janice Morris Clerk of Superior and
BK 8    PG 293-294

U.S. Certified Mail _____
When recorded send to:
Justin Elekwuma
5568 Tunbridge Wells RD
Lithonia, GA 30058

Delta Airlines
1030 Delta Blvd, Dept 982
Atlanta, GA, 30354
Attn: Edward Bastian-CEO

## AFFIDAVIT OF NOTICE OF DEFAULT
Irrevocable Estoppel By Acquiescence

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

YOU ARE HEREBY NOTICED that you are in default of an opportunity to the AFFIDAVIT Claim sent to you on [5/8/2024] by U.S. certified mail. You were given opportunity to rebut the claims made against you, by your failure to answer said AFFIDAVIT. YOU ARE IN DEFAULT, you having waived the right to answer by tacit acquiescence, tacit admission and failure to contest, rejecting your due process opportunity.(See Randone v. Appellate Court, 5C3d 536; Mullane v. Central Hanover Trust Co., 399 U.S.306,314; Sniadach v. Family Finance Corp.,395 U.S.337, 339;Mrlorich Builders v. Superior Court,160 Cal App 3d 931,as in line with Federal Rules of Civil Procedure Rule 55(1)(a)(b)defaults.)In absence of such response, Affiant hereby inserts and records this NOTICE OF DEFAULT upon and against above named respondent(s).

On or about May 15, 2023 Affiant was hired at Delta Airlines.

On or about July 12, 2023 Stephen Charles Operation service manager, was having a briefing with Affiant and other employees, Stephen Charles told a staff member to lead, but staff did not want to lead. Affiant stated that he would lead. Stephen Charles poked Affiant in the chest then Affiant stated; "you should cut your finger nails." Stephan Charles Stated to Affiant; "You're soft now."

On or about July 18, 2023 Affiant spoke with John E. Moore about Stephan Charles and the incident in which he poked the Affiant. John E. Moore stated; "I'm glad you showed restraint and did not strike Stephen Charles." The Affiant has never received a copy of a complaint against him.

On or about July 18, 2023 during a meeting Stephen Charles made a comment, stating; "Nah Pimp, I took my truth serum." Affiant responded stating, "Pimp is derogatory", it should never be used in the work place. Stephen Charles called Affiant into the office and asked Affiant if he had done anything to offend him. Stephen Charles said it three times first two times being calm and the third time being more aggressive. Affiant stated to Stephen Charles that he should restrain from saying things that do not need to be said in the work place. Stephen Charles was not understanding and asked Affiant what he meant. Affiant once again stated that Pimp was an offensive term. Stephen Charles let Affiant know that he would look into it.

Affiant never got a response for Stephen Charles for putting his hands on Affiant.

Affiant never got a response for being terminated nor did Affiant receive proof of the alleged person the Affiant made a threat to.

Affiant never got a copy of Delta Airlines liability insurance policy.

On or about September 5, 2023 Affiant was told he had 30 days to appeal.

On or about October 10, 2023 Affiant spoke with equal opportunity manager, Terance Rice. Rice then told Affiant not to call back that someone would reach out to Affiant about the discussion.

On or about August 01, 2023 A complaint was filed against Affiant due to the alleged threat and Affiant was suspended for a month.

Affiant was discriminated against due to being African-American.

On or about September 01, 2023 Affiant was terminated.

Delta Airlines Agrees/Understand Delta Airlines has caused Affiant injury/damages in the certain sum amount of 5,000,000.00(Five Million US dollars)

Affiant demands his job back with back pay for the time he was laid of work in the sum certain amount $25,818.00 or 5,000,000.00(Five Million US dollars) for injury/damages caused by Delta Airlines staff.

I, Justin Elekwuma, have personal knowledge of the above facts, am competent to Testify to the above facts, and declare that the foregoing is true, correct and complete to the best of my knowledge

By: _____
Justin Elekwuma

_____
Witness

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 21st day of _____May_____ 2024, A.D.

Notary Public _____

My Commission expires __5-1-2027__

## Statements asked to Terrance Rice during my EEOC appeal

1. It was stated that I made a threat. Why is it that every time I ask what is the threat that I made, the response is that it can't be discussed, especially since it has been reported that I made one.

2. I was told by Nikya Cunningham that I must go to E bag room, get my things, and come back on time. Why was I never given any type of accommodation being moved from E bag room to B bag room?

3. I told Mr. France that he can park the tug back himself and walked away to talk to another coworker. He decided to park the tug back himself. With him parking the tug back himself, the problem should have been resolved. How did the situation even occur if he parked the tug back himself where it originally was?

4. I was told by OSM Nikya Cunningham that she did not get to the bag room until 8:00 pm. Why did she wait until I had clocked out around 11:00 -11:30 to tell me to write a statement? Especially since I had already reported the incident to the next person in charge, Mark Moon, as soon as it happened.

5. If the corrective action notice was about an incident that happened on 7/18/23. Why was it written by Stephen Charles on 7/26/23 but not put into my file until 8/2/23 by Carey Bacon? Especially since the corrective action notice had important information about EAP which is a service provided by the company.