# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN ELEKWUMA,<br><br>      Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>      Defendant. | Civil Action No. 1:24-cv-03091(WMR)(JSA) |

## **MOTION TO DISMISS**

Defendant Delta Air Lines, Inc. ("Defendant") respectfully moves the Court for an order dismissing Plaintiff's Complaint with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendant relies upon its Memorandum of Law which is attached hereto and incorporated herein.

Dated: July 19, 2024

*/s/ Dominique Saint-Fort*
Dominique Saint-Fort, Bar No. 526306
dsaintfort@littler.com
Rachel P. Kaercher, Bar No. 743007
rkaercher@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326.1127
Telephone:     404.233.0330
Facsimile:     404.233.2361

Attorneys for Defendant
Delta Air Lines, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and also sent a copy of same via U.S. Mail to *Pro Se* Plaintiff as follows:

Justin Elekwuma
5568 Tunbridge Wells Road
Lithonia, GA 30058
Email: melekwuma@comcast.net


*/s/ Dominique Saint-Fort*
Dominique Saint-Fort
Georgia Bar No. 526306